**Order entered May 29, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01544-CV

**ANDRE HOGG, Appellant**

**V.**

**SHEILA ROSEMON, Appellee**

**On Appeal from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-53808-2013**

## ORDER

Before the Court is appellant's May 28, 2014 motion requesting an extension of time to file a brief to July 15, 2014. We **GRANT** appellant's motion **TO THE EXTENT** that appellant shall file his brief **ON OR BEFORE JUNE 30, 2014**.

/s/ ADA BROWN
JUSTICE